AO 106 (Rev. 12/09) Search and Seizure Warrant

SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**ISSUED**

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>The following accounts at Facebook Inc., 18 Hacker Way, Menlo Park, CA 94025<br><br>ADIEN1986@GMAIL.COM;<br>ALLEN.CARTER.9461@FACEBOOK.COM | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No:<br><br>1: 12 SW 00375 - SKO |

**FILED**

JAN 14 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ———A. JESSEN———

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer [or an attorney for the government] requests the search of the following person or property located in the **Eastern** District of **California**, and elsewhere *(identify the person or describe the property to be searched and give its location [See Attachment "A"])*:

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized [See Attachment "B"])*:

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _December 31, 2012_
   *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☒ for _30_ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _December 20, 2012_

_Sheila K. Oberto_
Judge's signature

City and State: _____Fresno, California_____

Sheila K. Oberto, U.S. Magistrate Judge
*Printed name and title*

*AO 106 (Rev. 04/10) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.:<br>1:12sw00375-SKO | Date and time warrant executed:<br>12/20/2012 / 1700 Hrs | Copy of warrant and inventory left with:<br>FACEBOOK INC. |
| Inventory made in the presence of:<br>Andres Varela | | |
| Inventory of the property taken and name of any persons(s) seized: | | |

1- All account information relating to:

    Ⓐ Adien1986@gmail.com

    Ⓑ Allen.carter.9461@facebook.com

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/7/2013

_____
Executing officer's signature

Andres Varela / Special Agent
Printed name and title

## ATTACHMENT A

## DESCRIPTION OF THE LOCATION TO BE SEARCHED

This warrant applies to information associated with the following Facebook user accounts:

ADIEN1986@GMAIL.COM;
ALLEN.CARTER.9461@FACEBOOK.COM

that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., 18 Hacker Way, Menlo Park, CA 94025.

## ATTACHMENT B

### PARTICULAR THINGS TO BE SEIZED

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for the user ID listed in Attachment A:

(a) All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c) All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(d) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i) All information about the Facebook pages that the account is or was a "fan" of;

(j) All past and present lists of friends created by the account;

(k) All records of Facebook searches performed by the account;

(l)  All information about the user's access and use of Facebook Marketplace;

(m)  The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

(n)  All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(o)  All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

(p)  All associated machine information for the Facebook account.